United States District Court
Southern District of Texas
**ENTERED**
November 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT GENE WILL, II, § § Petitioner, § § v. § § BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, § § § § § Respondent. § | CIVIL ACTION NO. 15-CV-3474 |

**ORDER**

The Court **GRANTS** Petitioner's Unopposed Motion for Extension of Time to File a Reply to Respondent's Answer to Will's Successive Petition. (Docket Entry No. 90). Petitioner's deadline to file a reply is extended up to and including **December 18, 2023.**

It is so **ORDERED.**

**SIGNED** at Houston, Texas, on this 3rd day of November, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1